Order Filed on May 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No.: 231683-1<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B | |
| In Re:<br><br>Ronald D. Ring | Case No.: 23-11487-RG<br>Chapter 7<br><br>Hearing Date: May 2, 2023<br>Time: 10:00 a.m.<br><br>Judge: Rosemary Gambardella |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page, is hereby **ORDERED**

**DATED: May 3, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank Trust National Association, not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

☒ Real property more fully described as:

**94 Birch Ln, Wayne, NJ 07470**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee, and any other party who entered an appearance on the motion.

*rev. 11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 23-11487-RG
Ronald D. Ring                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 2
Date Rcvd: May 04, 2023            Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ronald D. Ring, 94 Birch Lane, Wayne, NJ 07470-2481 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023                    Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Ronald D. Ring dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jay L. Lubetkin | jlubetkin@rltlawfirm.com  NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com |
| Roger Fay | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank Trust National Association rfay@milsteadlaw.com, bkecf@milsteadlaw.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 04, 2023 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5