| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ronald D. Ring<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7510<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 23-11487-RG | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald D. Ring

6/2/23

**By the court:** Rosemary Gambardella
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-11487-RG
Ronald D. Ring  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Jun 05, 2023  Form ID: 318  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ronald D. Ring, 94 Birch Lane, Wayne, NJ 07470-2481 |
| 519845611 | + | Attorney General United States Department of, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 519845617 | + | Exxnmobil/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519845625 | + | Shell/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519845626 | + | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08646-0245 |
| 519845627 | #+ | Stephanie L. Ring, 94 Birch Lane, Wayne, NJ 07470-2481 |
| 519845628 | + | Sunoco/Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519845631 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 05 2023 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 05 2023 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519845609 | + | Email/Text: bncnotifications@pheaa.org | Jun 05 2023 21:43:00 | Aes/Nct, Pob 61047, Harrisburg, PA 17106-1047 |
| 519845610 | + | Email/PDF: bncnotices@becket-lee.com | Jun 05 2023 22:20:08 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519845613 | + | EDI: CAPITALONE.COM | Jun 06 2023 02:53:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 519845612 | + | EDI: CAPITALONE.COM | Jun 06 2023 02:53:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519845614 | + | EDI: WFNNB.COM | Jun 06 2023 02:53:00 | Comenitybank/Caesars, Po Box 182789, Columbus, OH 43218-2789 |
| 519845632 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 05 2023 22:20:45 | Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 519845615 | + | EDI: DISCOVER.COM | Jun 06 2023 02:53:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 519845616 | + | EDI: MAXMSAIDV | Jun 06 2023 02:53:00 | Dpt Ed/Aidv, P.O. Box 300001, Greenville, TX 75403-3001 |
| 519845618 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 05 2023 21:43:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 519845619 | + | EDI: IRS.COM | Jun 06 2023 02:53:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519845620 | ^ | MEBN | | |

Case 23-11487-RG    Doc 14    Filed 06/07/23    Entered 06/08/23 00:26:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2023 | Form ID: 318 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 05 2023 21:42:26 | KML Law Group, P.C, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519845621 | + | EDI: LENDNGCLUB | Jun 06 2023 02:53:00 | Lending Club Corp, 595 Market St Ste 200, San Francisco, CA 94105-2802 |
| 519845622 | + | EDI: NAVIENTFKASMSERV.COM | Jun 06 2023 02:53:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 519845623 | ^ | MEBN | Jun 05 2023 21:40:55 | New Jersey Attorney General Office Division o, Richard J. Hughes Justice Complex, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 519845624 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 05 2023 21:44:00 | Select Portfolio Servicing, Inc., 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519845629 | + | EDI: COMCASTCBLCENT | Jun 06 2023 02:53:00 | Telecom Self Reported, Po Box 4500, Allen, TX 75013-1311 |
| 519845630 | ^ | MEBN | Jun 05 2023 21:39:36 | Utility Self Reported, Po Box 4500, Allen, TX 75013-1311 |
| 519845633 | + | EDI: WFFC.COM | Jun 06 2023 02:53:00 | Wells Fargo, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Ronald D. Ring dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;rshah@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as owner trustee of BRAVO Residential Funding Trust 2021-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jay L. Lubetkin | jlubetkin@rltlawfirm.com  NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com,mtuohey@rltlawfirm.com |
| Roger Fay | on behalf of Creditor Select Portfolio Servicing  Inc. as servicing agent for U.S. Bank Trust National Association rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| U.S. Trustee | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 05, 2023 | Form ID: 318 | Total Noticed: 28 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5